UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-80068-Rosenberg

UNITED STATES OF AMERICA,

v.

LARRY DEAN HOLMES,

      Defendant.
_____/

## REPORT & RECOMMENDATION

This matter came before the Court on a Petition by the United States Probation Officer alleging the defendant violated his supervised release by: (1) by failing to refrain from violation of the law; (2) by failing to refrain from violation of the law (3) by unlawfully possessing a controlled substance (s) and (4) by unlawfully possessing a controlled substance(s).

The United States Attorney, with the concurrence of the Probation Officer, moved to dismiss the Petition. Accordingly, the Court RECOMMENDS that the District Court dismiss the Petition.

WHEREFORE, it is RECOMMENDED that the petition be dismissed, and no further proceedings be conducted on the alleged violation of supervised release.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Robin L. Rosenberg, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 21st day of October.

_____
BRUCE E. REINHART
U.S. MAGISTRATE JUDGE